# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LISA DAVIS, | ) Case No.: 1:17-cv-00621-SAB |
| Plaintiff, | ) ORDER RE STIPULATION TO |
| v. | ) EXTEND BRIEFING SCHEDULE |
| COMMISSIONER OF SOCIAL SECURITY, | ) (ECF No. 13) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before January 26, 2018;
2. Defendant's opposition shall be filed on or before February 26, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before March 13, 2018.

IT IS SO ORDERED.

Dated: **December 20, 2017**

UNITED STATES MAGISTRATE JUDGE