# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LISA DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00621-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 24) |

Veronica Lisa Davis ("Plaintiff") filed the complaint in this action on June 23, 2020. (ECF No. 1.) On April 12, 2018, the Court denied Plaintiff's social security appeal and judgment was entered in favor of Defendant. (ECF Nos. 18, 19.) Plaintiff appealed the decision and on April 27, 2021, the Ninth Circuit Court of Appeals reversed and remanded the action for further proceedings. (ECF No. 23.) A mandate has not yet issued.

On June 17, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $9,500.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and no costs other than those separately awarded by the Ninth Circuit. This amount represents compensation for all legal services including the appeal to the Ninth Circuit, in accordance with 28 U.S.C. §§ 1920; 2412(d). (ECF No. 24.) Pursuant to the stipulation, after the Court issues and order for the EAJA fees, the government will consider assignment of the fees to Plaintiff's counsel. (ECF No. 24 at 2.) The stipulation also provides that the award is without prejudice to

the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id.)

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $9,500.00.

IT IS SO ORDERED.

Dated: **June 21, 2021**

UNITED STATES MAGISTRATE JUDGE