# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LISA DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00621-SAB<br><br>ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS |

On May 1, 2015, Plaintiff Veronica Lisa Davis filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. (ECF No. 1.) On April 12, 2018, an order issued denying Plaintiff's social security appeal and judgment was entered in favor of Defendant. (ECF Nos. 18, 19.) Plaintiff filed a notice of appeal with the Ninth Circuit Court of Appeals. (ECF No. 20.) On April 27, 2021, the Court of Appeals reversed and remanded this action for further proceedings. (ECF No. 23.) On June 21, 2021, the Ninth Circuit issued the formal mandate. (ECF No. 26.)

Accordingly, IT IS HEREBY ORDERED that the April 12, 2018 judgment is VACATED and this matter is REMANDED for further proceedings consistent with the April 27, 2021 memorandum decision. The Clerk of the Court is DIRECTED close this matter.

IT IS SO ORDERED.

Dated: **June 23, 2021**

UNITED STATES MAGISTRATE JUDGE

1